West Bend Joint School District No. 1

To:         Board of Education

From:       Kathy Zarling

Re:         Gay-Straight Alliance (GSA) application

Date:       May 9, 2011

## Executive Summary

**Presentation:**
On March 25, 2011, a written application for a Gay Straight Alliance (GSA) was received from Waring Fincke, Attorney at Law, on behalf of his clients. The application and application response will be presented to the Board of Education for consideration.

**Topic and Background:**
The GSA has been a non-school sponsored club in the school district for over a decade. The group has equal rights access to school facilities.

In December, 2010, Waring Fincke, Attorney at Law, requested that the GSA become a school sponsored club. In addition, Mr. Fincke requested the written procedures for establishing a new club. Written procedures were not available and needed to be developed. These procedures were developed with input from several administrators and legal counsel. Once completed, the procedures, which included the application were forwarded to Mr. Fincke. The application was completed and submitted to the District for review. The application was reviewed by a committee of individuals to determine whether or not the request met the identified criteria.

**Rationale:**
The application was reviewed by a committee and determined to meet the requirements in policy and criteria for club approval.

**Budget:**
The GSA will function as a school sponsored club and will not have a paid advisor. All activities will be self supported.

**Recommended Motion:**
I make the motion to approve the GSA as a school sponsored club.

**Attachments:**
- Board Policy 370

```
                    EXHIBIT A
```

- Administrative Rule 370
- Administrative Rule, Exhibits B and C
- GSA application received from Mr. Fincke
- GSA response form completed by Cassandra Schug, Pat Gardon, Phil Ourada, Ralph Schlass and Kathy Zarling with input from teachers.
    - BYOC supportive documents

## OUTSIDE OF CLASS ACTIVITIES

### CO-CURRICULAR ACTIVITIES

The School Board endorses a quality athletic and co-curricular program to serve the interests of all students. The District shall not discriminate in student participation in athletic programs or activities or facilities usage on the basis of sex, race, national origin, ancestry, creed, pregnancy, marital or parental status, sexual orientation or physical, mental, emotional or learning disability. Discrimination complaints shall be processed in accordance with established procedures as described in Board Policy 411.

**Co-Curricular: Non-Athletic Activities**
Co-curricular activities are an integral part of the educational program and shall fit both the aims of the school and the needs and interests of students. Co-curricular activities shall be appropriate to the age group and in keeping with the general community standards. A co-curricular must have a written statement of purpose which identifies the activity as educational oriented and enhancing with school objectives. All school sponsored activities must be open to all students regardless of color, creed, sex, handicap, or national origin.

Students engaged in co-curricular activities must engage in such activities either on school premises or off, as long as proper safeguards are taken for the safely and educational relevance. The student activities may perform for outside organizations where admission fees are charged only if proceeds are used for charitable, educational, or civic purposes. Student activities earning team awards shall return those awards to the school. All school rules are applicable to all student participants.

**Co-Curricular: Athletic Activities**
All athletic programs will be on a voluntary basis and open to all interested and eligible students. A policy of wide participation in athletics is endorsed. Students participating in athletics should be allowed to compete whenever competitive conditions permit. Good sportsmanship and good mental health are imperative in all athletic programs.

The School Board subscribes to the constitution and bylaws of the Wisconsin Interscholastic Athletic Association and the Wisconsin Little Ten Conference in their efforts to maintain athletics at a standard of educational value.

Training rules for athletes should be realistic and discipline for the violation of athletic rules shall be in accordance with the Co- Curricular Code.

The principal of the school has the responsibility for the supervision of all school sponsored functions and activities. All interscholastic athletic activities will be under the general direction of the Athletic Director and building principal and under the direct supervision of a coach or other qualified individual.

Adopted: May 8, 1972
Revised: November 22, 1976
Revised: September 28, 1981
Revised: August 8, 1988
Revised: October 8, 2007

## OUTSIDE OF CLASS ACTIVITIES

## CO-CURRICULAR ACTIVITIES

The West Bend School District understands the value of student involvement in activities outside of the classroom. Thus, students are encouraged to participate in co-curricular activities. In order to keep student engagement high, co-curricular activities will be reviewed periodically to ensure the purpose is meaningful and connected to curriculum and school objectives.

Individuals are encouraged to bring new ideas for co-curricular activities to the site administrators. All requests will be submitted using an application process (exhibit A). Once submitted, the application will be reviewed by a team and, if approved, taken to Board of Instruction and Board of Education as appropriate and as outlined on Exhibit B.

There has been a determined distinction between school sponsored co-curriculars, school sponsored clubs and non-school sponsored clubs. These distinctions are identified in Exhibit C.

March 25, 2011

370(AR)
(Exhibit B)

# West Bend East & West High Schools'
# School Sponsored Co-Curricular & Club Procedure

The West Bend School Board endorses a co-curricular/club program to serve the interests of all students. The District shall not discriminate in student participation in activities or facilities usage on the basis of sex, race, national origin, ancestry, creed, pregnancy, marital or parental status, sexual orientation or physical, mental, emotional or learning disability. Discrimination complaints will be processed in accordance with established procedures outlined in Board Policy 411.

New co-curricular/club requests require a written, formal application presented to high school administration. The application must include purpose, curricular connection, including enhancement of school objectives, proposed activities and financial implications.

The application is reviewed by the administrative team using criteria below to determine whether or not to go through board approval [Board of Instruction to Board of Education].

Potential Administrative Team Members:
- East Administrator(s)
- West Administrator(s)
- Athletic Director(s)
- Administrator of Human Resources
- Administrator of Pupil Services
- Administrator of Finance

Criteria:
- Written statement of purpose
- Substantial curricular connection
- Enhancement of school objectives
- Financial implications
- Proposed activities
- Student interest
- Competitive status
- Product that serves interest of student body

Also considered by administration:
- Existing group with same or similar purpose
- Substantial disruption to the school setting
- In accordance with Federal and State regulations and Board policies
- Universal appeal
- Ability to financially support

Individual(s) submitting request receive written notification of administrative team decision:
- Yes, request for co-curricular will move forward to Board of Instruction and Board of Education. Club applications can be approved via administration.
- No, request denied and rationale provided.
- Need more information. Request returned to individual(s) and detail about needed information provided.

**All requests must be submitted by October 1st for consideration in the upcoming school year.**

Case 2:11-cv-00453-LA   Filed 05/12/11   Page 5 of 12   Document 1-1

# CRITERIA FOR SCHOOL SPONSORED CO-CURRICULAR AND CLUBS
# CRITERIA FOR NON-SCHOOL SPONSORED CLUBS

**School sponsored co-curricular:**
- Must meet all of following
  - Substantial curricular tie
  - Enhancement of school objectives
  - Universal appeal
- And must meet at least two of the following:
  - Substantially competitive
  - Substantial product that services the interest of the student body
  - National/state affiliation
- District approved paid advisor

**School-sponsored club:**
- Curricular tie
- National/State affiliation
- Student appeal
- Volunteer advisor approved by site administration

**With approval from site administrator, school-sponsored co-curricular activities and clubs have the following benefits:**
- Announcements
- Posting throughout the school
- Fundraisers/fieldtrips

**Non school-sponsored club**
- No curricular tie
- Equal Access to school facilities
- No paid advisor
- No faculty advisor

# West Bend East & West High Schools' School Sponsored Co-Curricular and Club Application

## Must be submitted by <u>October 1st</u> for consideration in the upcoming school year to:
West Bend High Schools
c/o High School Principal
1305 E. Decorah Rd.
West Bend, WI 53095

    Co-curricular (see attached criteria)
x  Club (see attached criteria)

**Name of Club/Co-Curricular:** West Bend High School Gay-Straight Alliance

**Submitted by:** Ian Pace and Nicholas Schoob, Co-Presidents

**Recommended Advisor(s):** Scott Lone and Shana Schloemer

**Purpose:**

The West Bend High School GSA exists to combat bullying and harassment through education and advocacy and to provide an emotionally and physically healing learning environment for people of all genders and sexual orientations through strength and unity.

**Curriculum connection, including enhancement of school objectives:**

<u>Classes where LGBTQI issues are discussed and studied</u>

-Psychology (section in textbook) (regular and AP sections)
-Sociology
-Government and Law (regular and AP sections)
-Health
-Biology
- US History (AP and regular sections)

<u>Enhancement of School Objectives</u>

      A goal of this school is to provide a safe environment for all students. The GSA as an organization works to make our school a safe place not only for students identifying as lesbian, gay, bisexual, transgender, queer, etc., but also for all students regardless of gender and sexuality.
      In the West High School Student Handbook on page 11, it states that the district provides "Equality of Educational Opportunity" for pupils, not discriminating on the basis of "sex, race, national origin, ancestry, creed, pregnancy, marital or parental status, sexual orientation, or physical, mental, emotional, or learning disability or handicap." The GSA works to promote the equality of all students with regard to these categories and more.

**Number of students with verified interest:** Approximately 30

**Proposed Activities:**

-Participation and organization of Day of Silence protest and Break the Silence event
-Educational workshops for teachers
-Words Hurt Week campaign
-National Coming-Out Day
-Promotion of International Day of Peace
-Educational workshops for students
-World AIDS Day
-Ally Week activities
-TransAction! Day activities
-Transgender Day of Remembrance observance
- Various fundraisers

**Financial Implications:**
    To student: None

    To school: None

**Other information for consideration (include any product that may be produced):**

    The GSA will be self-funded. We will raise our own operating expenses. Our advisors will be volunteering their time.

---

**To be completed by administration:**

Existing group with same or similar purpose: Yes **(No)**
Substantial Disruption to school setting: Yes **(No)**
In accordance with Federal/State regulations and Board policies  yes

---

# School Sponsored Co-Curricular & Club Application Response

**Individuals involved in decision:**
Cassandra Schug
Pat Gasdon
Kathy Jarling
Phil Ohlrada
Ralph Schlass

*talked w/ teachers re: BYOC curriculum (Sara Wietor, Ryan Wietor, Mandy Beysen, Stephanie Scholze, Matt Winnie, Jackie Schmeldt, Mark Drake)

**Date of Review:**
4-8-11

**Request approved by administrators. Will move forward to Board of Instruction.**
    **Additional comments:**
Connection to curriculum in following areas as evidenced in BYOC:
    Sociology → Topic: Marriage + Family 10 Day Unit
    AP Intro Psych → Topic: Motivation + Emotion 9 Day Unit

All activities, including field trips, will require administrative approval.

**Request denied.**
    **Reason for denial:**

_____
_____
_____
_____
_____
_____
_____

**Need more information.**
    **Request the following information:**

_____
_____
_____
_____
_____
_____
_____



# WEST BEND JOINT SCHOOL DISTRICT #1

## District Curriculum Information

**District Standards**
**State Standards**
**Courses**
**Learning Experience**

**Teacher Portal**
**Class Maintenance**
**Teaching Concepts**
**My Lesson Plans**
**Reports**
**User Preferences**
**Discussions**
**Administrative Site**
**Educator Logout**

**Home**

Department - Social Studies
Grade Level 11 - 12
Course - AP INTRO PSYCH [Pending]
Unit - Motivation and Emotion
Time Frame - 9 Day(s)

Back

View Lesson Plan List

### Description

Motivation is a need or desire that energizes and directs behavior. The early view that instincts control behavior has been replaced by evolutionary theory, which searches for the adaptive functions of behavior. Drive-reduction theory maintains that physiological needs create psychological drives that seek to restore internal stability, or homeostasis. In addition, some motivated behaviors increase arousal, and we are pulled by external incentives. According to Maslow, some motives are more compelling than others.

Hunger seems to originate from changes in glucose and insulin levels that are monitored by the hypothalamus, as well as changes in the levels of leptin, orexin, and PYY. To control weight, the body also adjusts its basal metabolic rate. Body chemistry and environmental factors together influence our taste preferences. Psychological influences on eating behavior are most evident in those who are motivated to be abnormally thin.

Like hunger, sexual motivation depends on the interplay of internal and external stimuli. In nonhuman animals, hormones help stimulate sexual activity. In humans, they influence sexual behavior more loosely. One's sexual orientation seems neither willfully chosen nor willfully changed; new research links sexual orientation to biological factors.

The need to belong is a major influence in motivating human behavior. Social bonds boosted our ancestors' survival rates. We experience our need to belong when feeling the gloom of loneliness or joy of love, and when seeking social acceptance.

Work meets several human needs. The growing field of industrial-organizational psychology attempts to match people to work, enhance employee satisfaction and productivity, and explore strategies for effective workplace management.

People who excel are often self-disciplined individuals with strong achievement motivation. Effective leaders build on people's strengths, work with them to set specific and challenging goals, and adapt their leadership style to the situation.

Emotions are psychological responses that involve an interplay among (1) physiological arousal, (2) expressive behavior, and (3) conscious experience.

James and Lange argued that we feel emotion after we notice our bodily responses. Cannon and Bard contended that we feel emotion when our body responds. Schachter and Singer's two-factor theory states that to experience emotion, we must be aroused and cognitively label the emotion. Although emotional arousal is not as undifferentiated as Schachter and Singer believed, arousal from diverse emotions can spill over from one to another.

Although the physical arousal that occurs with the different emotions is for the most part indistinguishable, researchers have discovered subtle differences in brain circuits, finger temperatures, and hormones. In using physiological indicators to detect lies, the polygraph does better than chance but not nearly well enough to justify its widespread use.

Some emotional responses are immediate as sensory input bypasses the cortex triggering a rapid reaction outside our conscious awareness. Others, especially responses to complex emotions, require interpretation.

We decipher people's emotions by "reading" their bodies, voices, and faces. Although some gestures are culturally determined, facial expressions, such as those of happiness and fear, are universal. Facial expressions not only communicate emotion but also amplify the felt emotion.

Carroll Izard has identified 10 basic emotions (joy, interest-excitement, surprise, sadness, anger, disgust, contempt, fear, shame, and guilt), most of which are present in infancy. In describing their emotions, people place them along two basic dimensions: arousal and valence.

This chapter examines three human emotions in detail: fear, anger, and happiness. Although we seem biologically predisposed to acquire some fears, what we learn through experience best explains the variety of human fears. Anger is most often aroused by frustrating or insulting acts that seem willful and unjustified. Expressing anger may be temporarily calming, but in the long run, it can actually arouse more anger. Happiness boosts people's perceptions of the world and their willingness to help others. However, even significant good events seldom increase happiness for long, a fact explained by

the adaptation-level and relative deprivation principles.

| Topics | Duration |
|---|---|
| Motivation Basics | 1 Day(s) |
| Hunger Motivation | 1 Day(s) |
| The Psychology of Sex | 1 Day(s) |
| Belongingness and Motivation at Work | 1 Day(s) |
| Theories of Emotion | 1 Day(s) |
| Embodied Emotions | 1 Day(s) |
| Expressed Emotion | 1 Day(s) |
| Experienced Emotion | 1 Day(s) |

Enduring Understandings
Students will...
Understand the interactions of physiology, body chemistry, psychology, and culture in eating.

Understand the research on sexual behavior, motivation, and homosexuality with a goal toward acceptance of self and others.

Understand the connections between thinking and feeling.

Consider how to keep emotions in control with cognitive and behavioral techniques, in a culturally sensitive context.

Essential Questions
Why are people motivated to behave in certain ways?

How "psyched up" should I get before a rugby match? A test? What is the relationship between arousal and performance?

What are basic needs? basic emotions?

How much of emotion can be controlled? What aspects are culturally driven? genetic?

What makes people happy? How is happiness maintained?

Materials and Resources
Ch. 12 and 13 Psychology 7th Ed.

| Attachment |
|---|
| Unit 9 Test |

**Unit Comments**

Add Comment

Subscribe

*Please note: Comments are only retained for 18 months.*

Quick Link:
http://westbend.buildyourowncurriculum.com/Public/Unit_detail.aspx?UnitID=57941

The curriculum information displayed on these pages is an example of the sequence and timeframes for a class, the actual sequence and timeframes may vary based on the actual students in a class and resource constraints.

Powered by **BuildYourOwnCurriculum.**



# WEST BEND JOINT SCHOOL DISTRICT #1

## District Curriculum Information

Back

**District Standards**
**State Standards**
*Courses*
**Learning Experience**

**Teacher Portal**
**Class Maintenance**
**Teaching Concepts**
**My Lesson Plans**
**Reports**
**User Preferences**
**Discussions**
**Administrative Site**
**Educator Logout**

**Home**

Department - Social Studies
Grade Level 12 - 12
Course - SOCIOLOGY [Pending]
Unit - Social Institutions and Groups
Topic - Marriage and Family
Time Frame - 6 Day(s)

Description
   Marriage represents a multi-level commitment, one that involves person-to-person, family-to-family, and couple-to-state commitments. In all societies, marriage is viewed as a relatively permanent bond, so much so that in some societies it is virtually irrevocable. The stability provided by a life-long promise of remaining together makes marriage the institution most suited to rearing and socializing the next generation of members, a necessary task if the society's norms, values, and goals are to be maintained and if the society itself is to be perpetuated.

| | Knowledge/Skills |
|---|---|
| > | Students will understand: Cultural stability, provided by a life-long promise of remaining together, makes marriage the institution most suited for rearing and socializing the next generation. Students will be able to: Evaluate the importance of marriage for maintaining and perpetuating a society's norms, values, and goals. |
| > | Students will understand: Marriage represents a multi-level commitment, one that involves person-to-person, family-to-family, and couple-to-state commitments. Students will be able to: Debate the impact a non-traditional marriage has on the different levels of commitment within a society. |

New Activity

**Topic Comments**

Add Comment

Subscribe

*Please note: Comments are only retained for 18 months.*

Quick Link:
http://westbend.buildyourowncurriculum.com/public/Topic_detail.aspx?TopicID=296121

The curriculum information displayed on these pages is an example of the sequence and timeframes for a class, the actual sequence and timeframes may vary based on the actual students in a class and resource constraints.

Powered by **BuildYourOwnCurriculum.**